the state of his the to the to the
judges: Berzon, Watford, Soto